IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>LESLIE ALVIN NASH,<br><br>                    Defendant. | Case No. 3:95-cr-056-JKS<br><br>PROPOSED<br>ORDER TO RELEASE PFD FUNDS |

      Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

      The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

      IT IS SO ORDERED.


DATED:_____　　　　　　　　　　/s/ James K. Singleton_____
　　　　　　　　　　　　　　　　　　　　　　JAMES K. SINGLETON
　　　　　　　　　　　　　　　　　　　　　　JUDGE U.S. DISTRICT COURT