IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LESLIE ALVIN NASH,<br><br>Defendant. | Case No. 3:95-cr-056-JKS<br><br>ORDER TO RELEASE PFD FUNDS |

Plaintiff's motion to release attached Permanent Fund Dividend funds is hereby GRANTED.

The attached funds, in the amount of $1,104.96 be released from the Registry by the Clerk of Court and deposited into U.S. Treasury Account 0022-6855XX, as payment toward Defendant's criminal restitution.

IT IS SO ORDERED.

DATED:  12/19/06                                             /s/James K. Singleton, Jr.
                                                                            JAMES K. SINGLETON, JR.
                                                                            U.S. DISTRICT COURT JUDGE